1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (CABN 298752)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6830
7     FAX: (415) 436-7234
      E-mail: Kyle.Waldinger@usdoj.gov
8
   Attorneys for United States of America
9

**FILED**

JUL 20 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 3-16-70864 MEJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER OF TIME UNDER RULE 5.1 AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| NIKHIL SOHRAB JASSAWALLA, | |
| Defendant. | |

The Court has set July 27, 2016, at 9:30 a.m. as the date for a preliminary hearing or arraignment. The parties wish to keep that date on the Court's calendar for a detention hearing or bond setting. However, the parties hereby stipulate to continue the preliminary hearing or arraignment that is scheduled for that date to August 24, 2016, at 9:30 a.m., and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c). This extension of time is needed for the parties to explore possible pre-indictment resolution and for effective preparation of counsel. Taking into account the public interest in the prompt disposition of criminal cases, the parties agree that these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 from July 27, 2016, to August 24, 2016.

Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of time, and

STIP. AND [PROPOSED] ORDER
CR 3-16-70864 MEJ

the parties represent that good cause exists for this extension, including the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). For the same reasons, the parties also request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date of this order through August 24, 2016. The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

DATED: July 19, 2016                                BRIAN J. STRETCH
                                                    United States Attorney

                                                    _____/s/_____
                                                    KYLE F. WALDINGER
                                                    Assistant United States Attorney

DATED: July 19, 2016                                _____/s/_____
                                                    MIRANDA KANE
                                                    Attorney for Defendant Nikhil Jassawalla

Attestation of Filer

In addition to myself, the other signatory to this document is Miranda Kane. I attest that I have her permission to enter a conformed signature on her behalf and to file the document.

DATED: July 19, 2016                                _____/s/_____
                                                    KYLE F. WALDINGER
                                                    Assistant United States Attorney

[PROPOSED] ORDER

For the reasons stated above, the Court sets August 24, 2016, as the date for the arraignment or preliminary hearing. The Court finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this order through August 24, 2016, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the

1  ends of justice served by the continuance outweigh the interests of the public and the defendant in the
2  prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time
3  would deny counsel for the defendant and for the government the reasonable time necessary for
4  effective preparation of counsel, taking into account the exercise of due diligence, and would result in a
5  miscarriage of justice.   18 U.S.C. § 3161(h)(7)(B)(iv).
6        The parties are nevertheless ordered to appear on July 27, 2016, for a detention hearing or bond
7  setting.

9  IT IS SO ORDERED.

11  DATED: July 20 2016

                                HON. MARIA-ELENA JAMES
                                United States Magistrate Judge